James E. Burden, Esq.
McClure Burden LLC
james@mcclureburden.com
www.mcclureburden.com
Phone: (862) 323.0422
Fax: (973) 561-9575

September 4, 2026

**VIA ECF**
Hon. Robert Kirsch
United States Judge
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

Re: **Patel v. Optum Medical Care of New Jersey, P.C., et al., No. 24-cv-6133 (RK) (RLS)**

Dear Judge Kirsch:

We represent Plaintiff Aarti Patel, M.D. ("Plaintiff"), in the above-referenced action, along with Spencer Fane LLP.

On February 1, 2026, Golenbock Eiseman Assor Bell and Peskoe LLP ("GEABP"), combined with Spencer Fane LLP. We write to request that the Clerk of the Court update the email addresses of the three attorneys, formerly of GEABP, now of Spencer Fane LLP, that have been admitted *pro hac vice* to represent Plaintiff in this case. The attorney names and the updated emails are listed below. Please note, the Spencer Fane attorneys' address and phone numbers remain the same.

| | |
|---|---|
| Martin Hyman | mhyman@spencerfane.com |
| Sonali Setia | ssetia@spencerfane.com |
| Catherine Butto | cbutto@spencerfane.com |

We appreciate the Court's attention to this matter.

Respectfully submitted,

McClure Burden, LLC

By: s/James E. Burden
JAMES E. BURDEN

JEB

Of Counsel:

Martin S. Hyman
Sonali Setia
Catherine Butto