Joseph M. Vento
jvento@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
32nd Floor
New York, New York 10018
Telephone: (212) 218-5500

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AARTI PATEL, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>OPTUM MEDICAL CARE OF NEW JERSEY, P.C., and MAHESH TEKRIWAL, M.D.,<br><br>Defendants. | Civil Action No.: 3:24-cv-06133<br><br>**<u>NOTICE OF MOTION TO COMPEL DNA TESTING OF PLAINTIFF</u>**<br><br>**MOTION RETURN DATE: November 16, 2026** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Compel DNA Testing, the accompanying declaration and exhibits, and Proposed Order, and upon all the pleadings and proceeding herein, Defendants Optum Medical Care of New Jersey, P.C. ("Optum") and Mahesh Tekriwal, M.D. ("Dr. Tekriwal") will move on November 16, 2026, or as soon thereafter as may be heard, before the Honorable Judge Rukhsanah L. Singh, Magistrate Judge of the United States District Court, District of New Jersey,

Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Room 2020, Trenton, NJ 08608, for an order pursuant to Rule 35(a) of the Federal Rules of Civil Procedure, compelling Plaintiff Aarti Patel, M.D., to submit to a DNA test.

Dated: October 9, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Joseph M. Vento*

Joseph M. Vento
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
jvento@seyfarth.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Joseph M. Vento, hereby certify that on the below date I filed the foregoing Notice of Motion to Compel DNA Testing, Defendants' Memorandum of Law in Support of Their Motion to Compel DNA Testing, Declaration of Joseph M. Vento together with Exhibits A-J, Declaration of Arthur Young together with Exhibit A, and Proposed Order with the Clerk of the District Court through the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Joseph M. Vento*
Joseph M. Vento

Dated: October 9, 2026