# EXHIBIT B

Message

| | |
|---|---|
| **From**: | Tracy A Peterson [From OptumCare] [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A2FA294E74644D5583044FE424534DC7-48DF32FC-E4] |
| **Sent**: | 1/26/2024 4:05:00 PM |
| **To**: | Utley, Celeste A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20a0cc8885f44999a4eb524c30d005e-cutley2]; Neighbors, Nicolyn W [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1e381f442ea24366ae5afe4891471aa4-nneighb] |
| **Subject**: | FW: Dr Patel |
| **Attachments**: | Dr Patel Incident 1.pdf; Dr Patel Incident 2.pdf; Dr Patel Incident 3.pdf; FW: Dr Patel; FW: Dr Patel; Untitled Attachment |

Hi Celeste and Nikki,

A serious issue as come up with Dr. Patel. I have Sulma opening up a case. Do one of you have time to touch base on this?

Tracy

---

**From:** Sulma Balmos <SuBalmos@riversidemedgroup.com>
**Sent:** Friday, January 26, 2024 4:00 PM
**To:** Tracy A Peterson <TrPeterson@riversidemedgroup.com>; Gaurang Brahmbhatt <GBrahmbhatt@riversidemedgroup.com>
**Subject:** FW: Dr Patel

Tracy & Dr. Brahmbhatt-

I received a call from Anita, Bernadette called her and shared that the staff smelled alcohol of Dr. Patel this morning when she stepped out and came back. When she returned she had a brown bag with her, Bernadette looked through the trash cans and found two empty alcohol bottles (see picture attached). Attached are the employee statements that smelled the alcohol, I will open a case with the Employee Center now.

Thank you,

Sulma

**Sulma Balmos, MHA**
Vice President, Operations | Optum

O 201-537-3466
M 201-993-1675
SuBalmos@riversidemedgroup.com

1 Harmon Plaza, 10th Floor
Secaucus, NJ 07094

Optum

---

**From:** Bernadette Marie Perrini <BePerrini@riversidemedgroup.com>
**Sent:** Friday, January 26, 2024 3:29 PM
**To:** Sulma Balmos <SuBalmos@riversidemedgroup.com>; Anita Mitra <AnMitra@riversidemedgroup.com>
**Subject:** Dr Patel

Hello,

Some of the staff today had approached me about Dr. Patel's behavior today.
I have attached some of their statements. There are 2 more staff members that spoke to me and I asked them to put in writing so I can forward.

Based on what the staff had told me and what they had seen, I took it upon myself to see if she disposed of any sort of container/bottle in the office that would suggest that she possibly consumed alcohol during patient hours.
I did find 2 bottles in the bathroom located around the corner from where she was seeing patients in the bottom of the trash container.

I removed them from the trash and put them in my office and contacted Anita.

*Best Regards,*

*Bernadette Perrini*
*Spvsr Clinical Ops/Optum*

*M (609) 339-2010*
*P Beperrini@riversidemedgroup.com*

1/26/24

Dr. Patel was scheduled to perform 3 exercise stress tests for 9:00am,9:15am, and 9:30am.

Meliss (MA) went out to the waiting room and told the first patient that the Doctor was running late at the hospital.

I had 2 patients to perform tests on upstairs at 9:00am and 9:30am, when I came back down the 2nd patient was still not taken back yet (scheduled for 9:15am).

The 9:30am patient, came up to the window at 10:17am asking how much longer it was going to be because her appointment was at 9:30am. I said I would go check to see; however, they were still with the 9:15am. The patient seemed somewhat annoyed at how long she was waiting.

The 3rd patient was then taken back by Meliss at 10:31am. Dr. Patel had her phone charging on my back desk, she came out and picked up her phone and stated, “I knew I was missing texts”. She then walked through the waiting room out the front door and got into her vehicle. The vehicle started backing out and proceeded to leave the parking lot.

I then had to go back upstairs to finish pulmonary testing. Before I took my patient back, I informed Bernadette (office admin) that we do not know where Dr. Patel went. The patient waiting in the stress room waiting for the test to begin with Meliss (MA). When I was on my way back down, Dr. Patel was coming back upstairs.

STEPHANIE SHABUNIA

1/26/2024

The physician (Dr Patel) was scheduled to have 3 stress tests. During the second test, the patient who was schedule to be the third test came to the front desk (around 10 am). She was questioning her wait time and how much longer she would have till she was seen for her test (she was scheduled for 9:30). We (Stephanie Shabunia and I) explained the MD would be with her shortly. Patient was brought back by MA (Meliss Merandi) for stress test soon after.

Dr Patel was charging her cell phone in the front desk reception area. After the patient was brought back for her test, the MD came up for her phone and stated, "See I knew I was missing text messages". She then proceeded to walk out the front door. We then watched the MD walk to her car and leave the parking lot.

I then called up to the MA, Christa Gleason, upstairs to see if she had a patient arrived for Dr Patel yet since we were now running behind and to let them know she stepped out. She informed me that Dr Patel told them while putting her jacket on that she would be back and was just running to Quick Stop. Their first patient tends to be late, when they arrive to room them and do an EKG she would be back.

We (Stephanie and I) were not aware that she was going to be leaving. We contacted our office administrator to inform her since there was a patient waiting in the stress room for her.

While putting away recall charts in the reading room I noticed a floral clutch with a small brown paper bag on top. I had no clue what it was or who it belonged to, so I left it in the reading room.

Shortly after, about 10 min Dr Patel returned. She questioned me if people were looking for her and why everyone was so upset. She stated she was getting multiple messages from the office looking for her and that the staff was concerned/ upset with her. I told her that we only heard her tell us she was missing texts. She then proceeded to the stress room to start the test.

Following the procedure, she came to the front desk and again asked what happened. She was upset and wanted to know exactly what happened and why the staff was so upset. I told her we must deal with the patients and that her patient was upset for waiting. She then went into explaining her schedule and how she had to take a "phone call from a physician" real fast in the parking lot and that it was no more than 10 min. I then advised her it is best to discuss with Bernadette at this point since I could sense the tension. She said she would be talking with Bernadette.

1/26/24

approx 10:20 am Dr. Patel came into the nurses suite and said that she was going to quick check and she would be right back. Megan and I replied OK, your 10:15 patient has not arrived yet. She said that she lives in toms river and usually sleeps in. We told her when she (the pt) arrived we would put her into a exam room and have the pt ready. She got her coat and walked out.

Christa Gleason

She returned @ 11:05 kind of rushed stating that she was on the phone with a MD and the staff is mad at her.

Message

| | |
|---|---|
| **From**: | Bernadette Marie Perrini [From OptumCare] [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5A7E304EE53D4AEAB93F2D13010478EE-6475B196-AF] |
| **Sent**: | 1/26/2024 3:41:51 PM |
| **To**: | Sulma Balmos [From OptumCare] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b0ea61c0524d46fe9d41fcb84e560d87-0e557df6-02]; Anita Mitra [From OptumCare] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=788dd21018b449f68aef8cb7595d0d33-6933691c-12] |
| **Subject**: | FW: Dr Patel |

This is the last statement

*Best Regards,*

*Bernadette Perrini*
*Spvsr Clinical Ops/Optum*

*M (609) 339-2010*
*P Beperrini@riversidemedgroup.com*

---

**From:** Bernadette Marie Perrini
**Sent:** Friday, January 26, 2024 3:41 PM
**To:** Bernadette Marie Perrini <BePerrini@riversidemedgroup.com>
**Subject:** Dr Patel

This is from Meliss Mirandi

We were running about an hour behind with stress tests I was taking her 930 stress test back at 1030 when I called up to see if her pts were ready. Meg told me her 10 cancelled and 1015 was late. I told dr Patel and she told me she had to run to quick stop I told her I would hook up her last stress test. Steph and Olivia said they saw her get in her car and drive away. When she returned she had a brown bag in her hand and said everyone had been calling her asking where she was. She later changed her story and said she stepped out to take a call from another dr.

Get Outlook for iOS

Message

| | |
|---|---|
| **From**: | Bernadette Marie Perrini [From OptumCare] [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5A7E304EE53D4AEAB93F2D13010478EE-6475B196-AF] |
| **Sent**: | 1/26/2024 3:35:16 PM |
| **To**: | Sulma Balmos [From OptumCare] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b0ea61c0524d46fe9d41fcb84e560d87-0e557df6-02]; Anita Mitra [From OptumCare] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=788dd21018b449f68aef8cb7595d0d33-6933691c-12] |
| **Subject**: | FW: Dr Patel |

There is one more staff member that came to me with the concern. She worked with Dr Patel today also and she will send me her statement. She had to leave for an appointment.

*Best Regards,*

*Bernadette Perrini*
*Spvsr Clinical Ops/Optum*

*M (609) 339-2010*
*P Beperrini@riversidemedgroup.com*

---

**From:** Bernadette Marie Perrini <BePerrini@riversidemedgroup.com>
**Sent:** Friday, January 26, 2024 3:13 PM
**To:** Bernadette Marie Perrini <BePerrini@riversidemedgroup.com>
**Subject:** Dr Patel

This is from Megan Scott who was working with Dr Patel today.

I smelled liquor on her breath around 11. Believe before she went in with first or second patient.

Get Outlook for iOS

Message

| | |
|---|---|
| **From**: | Bernadette Marie Perrini [From OptumCare] [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5A7E304EE53D4AEAB93F2D13010478EE-6475B196-AF] |
| **Sent**: | 1/26/2024 3:08:10 PM |
| **To**: | Sulma Balmos [From OptumCare] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b0ea61c0524d46fe9d41fcb84e560d87-0e557df6-02]; Anita Mitra [From OptumCare] [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=788dd21018b449f68aef8cb7595d0d33-6933691c-12] |
| **Attachments**: | IMG_2814.jpeg |

Get Outlook for iOS


FIREBALL
RED
HOT
CINNAMON WHISKY
FIREBALL
RED
HOT
CINNAMON WHISKY