# EXHIBIT H

## Our Commitments

**UnitedHealth Group is dedicated to creating an inclusive environment, free of bias or discrimination, for everyone, regardless of age, race, gender, color, religion, national origin, ancestry, disability, marital status, protected veteran status, sexual orientation, gender identity and/or expression, genetic information, status with respect to public assistance, or any other characteristic protected by state, federal, or local law. United by our values and our mission, our working environment should promote respect and appreciation for our differences and acknowledge the value of diversity to our organization.**

## Promote a Safe and Supportive Working Environment

In keeping with our mission and our values, we respect the human rights of all those whom we employ or interact with across our businesses.

UnitedHealth Group will not tolerate behavior that endangers its employees, members, patients, customers, or business partners, or subjects them to discrimination, harassment, or threats.

We will provide an environment free from acts or threats of violence, inappropriate conduct, and from illegal drugs and alcohol misuse. We do not intimidate or retaliate against individuals who make good-faith complaints or reports of discrimination, harassment, violence, or threats, or any other violation of this Code or Company policy, or who provide information related to any such complaint or report.

The Company will balance employee privacy with the need to maintain a safe and efficient work environment.

- **Report to Corporate Security all threats, attempted violence, or actual violence against employees, customers, or third parties that is connected to the UnitedHealth Group workplace.**
  UnitedHealth Group will not tolerate violence or threats of violence in any form in the workplace, at work-related functions, or outside of work if it affects the workplace. Unauthorized persons on Company property, or theft of personal belongings or Company property should also be reported to Corporate Security. Weapons are not allowed on UnitedHealth Group property except as may be provided for in the Violence-Free Workplace Policy. In emergency situations – or if you perceive a threat to be imminent – call the police, fire, or medical emergency services (911 in the United States) for assistance.

- **If you are under the influence of any intoxicant, you may not work or be present at Company sites, in Company vehicles or acting on the Company's behalf.**
  While working on behalf of the Company, employees must not use any substance that could prevent them from working safely or effectively, including prescription medications. Employees may, however, consume alcohol at authorized UnitedHealth Group functions or in certain legitimate business settings, such as client entertainment. At all times, however, employees are expected to act responsibly and to consume alcohol only in moderation.

- **Immediately report to Employee Center/HRdirect accidents, injuries, or unsafe practices occurring on UnitedHealth Group's grounds.**
  Every employee is obligated to promptly report any incident that compromises the safety of UnitedHealth Group's workplace.

- **Notify Employee Center/HRdirect, your manager, a People Business Partner or the Compliance & Ethics HelpCenter if you experience or witness discriminatory conduct or harassment in your workplace, intimidation, or retaliation for reporting potential ethics violations, discrimination, or harassment.**
  UnitedHealth Group does not permit discrimination or harassment on the basis of age, race, gender, color, religion, national origin, ancestry, disability, marital status, protected veteran status, sexual orientation, gender identity and/or expression, genetic information, status with respect to public assistance, or any other characteristic protected by state, federal, or local law. Similarly, UnitedHealth Group prohibits any intimidation or retaliation against individuals who make good-faith complaints or reports of discrimination, harassment, violence, or threats, or any other violation of this Code or Company policy.

## Work Environment Challenges

**Q. During a working lunch at a nearby restaurant, two of my colleagues consumed several cocktails and returned to work intoxicated. Is this allowed?**

A. No. UnitedHealth Group is committed to providing a workplace free of illegal drugs, alcohol, and drug misuse. Employees may not report for work or be on Company premises if they are under the influence of alcohol or illegal drugs. In this example, employees would be required to report the intoxicated colleagues to Employee Center/HRdirect.

**Q. My co-worker told me that her spouse threatened to harm her while she is at work. What should I do?**

A. Report it to Corporate Security immediately. It is UnitedHealth Group's policy to provide a workplace that is safe and free from all threatening and intimidating conduct.

**Q. When managers in my group were discussing the decision to promote one of my direct reports, another manager made comments that inappropriately referenced the employee's gender in relation to her qualifications for the position. Should I report it?**

A. Yes. The Company will not tolerate discrimination on the basis of a person's gender in its hiring or promotion practices. Such conduct is prohibited in any form in the workplace, and should be reported to Employee Center/HRdirect, your manager, or the Compliance & Ethics HelpCenter.

**Q. I found out that my manager violated UnitedHealth Group policy, but I don't want to report it because I'm worried he will threaten or retaliate against me if he finds out. Do I have to report his actions?**

A. Yes. As a UnitedHealth Group employee, you are obligated to report any violations of Company policy of which you are aware. UnitedHealth Group has a strict non-retaliation policy. Individuals who make a good-faith complaint or report harassment or other inappropriate behavior, or provide information related to such complaints or reports, are protected from intimidation or retaliation. You can make an anonymous report, where permitted by law. If you experience or witness any behavior you believe is prohibited intimidation or retaliation, you should report the behavior to Employee Center/HRdirect or the Compliance & Ethics HelpCenter.

