# EXHIBIT J

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 3:24-cv-6133

AARTI PATEL,

Plaintiff,

CIVIL ACTION
Remote
Deposition of:
TRACY PETERSON

Vs.

December 2, 2025

OPTUM MEDICAL CARE OF NEW JERSEY, P.C., and MAHESH TEKRIWAL, M.D.,

Defendants.

\- - - - - - - - - - - - - - -

SCHULMAN, WIEGMANN & ASSOCIATES

CERTIFIED COURT REPORTERS

216 STELTON ROAD

SUITE C-1

PISCATAWAY, NEW JERSEY 08854

(732) - 752 - 7800

T R A C Y P E T E R S O N, residing at 49 Larkin Circle, West Orange, New Jersey 07052, is duly sworn by a Notary Public of the State of New Jersey and testifies under oath as follows:

DIRECT EXAMINATION BY MS. WEISS:

Q Hi, Miss Peterson. My name is Catherine Weiss. I'm an attorney from Golenbock, Eiseman, Assor, Bell & Peskoe; and I represent Dr. Aarti Patel in the lawsuit that she filed against Optum Medical Care of New Jersey and Dr. Mahesh Tekriwal. Have you been deposed before?

A I have, once.

Q Once. And what case was that?

A It was many, many years ago. We -- it was a deposition. It was a -- Schering-Plough, it was involving a group of women who was let go as part of a restructuring of the Finance Department. And they were looking -- they had all signed general releases but were looking to break that because they had learned that there were people who were hired into different job classifications but were doing the same work that they were doing -- or they believed that. And they felt that, you know, they had reason to undo their general releases. So that was the case.

all?
A That first -- you mean right after it happened?
Q Yes.
A I don't believe I documented it immediately, no.
Q Did you take any handwritten notes during the conversation?
A I don't believe so, not that one.
Q Did you take any electronic notes during the conversation?
A No.
Q Did you send Dr. Patel a follow-up communication, confirm what was stated during that 8 a.m. conversation?
A I did not.
Q Do you know if Dr. Brahmbhatt took any notes during the conversation?
A I don't know.
Q Do you know if Dr. Brahmbhatt sent Dr. Patel any follow-up communications after the conversation documenting what had just taken place?
A I do not know.
Q What is the next conversation that you had about Dr. Patel after that 8 a.m. conversation?

A It was, I believe, with Bernadette and Sulma because Dr. Patel had gone into the office and Bernadette was not expecting her there. And she apparently confronted Bernadette and Bobby Schneider about the accusation that was made, and that was very concerning to Bernadette. We were not expecting her to be in the office. We -- you know, we thought it was fairly implied -- you know, when we asked her when she was seeing patients and she said 1:00, we thought -- you know, it seemed to us she wouldn't be there. So we decided we were going 7to accelerate reaching out to her and Raj, and I had another conversation with Dr. Patel.

Q During the 8 a.m. call did Dr. Patel tell you that she would not go to the office?

A I don't -- the 8 a.m. call? I don't remember who said, When are you due in?

She said, 1:00 I start seeing patients.

So we inferred from her comment that she wouldn't be there. And she later told us she sometimes goes in early to review things and prep for her patients, which she did not volunteer in our conversation. So we had to be more clear in our follow-up conversation with her on expectations.

Q Was this 8 a.m. call the first time

A About the investigation.
Q Okay.
A She had acknowledged she knew it was a serious matter for herself and for the company. She had acknowledged that too during the call.
And we told her we were also, you know, again, trying to do everything we could for her reputation, as well, to keep it as confidential as possible.
Q Dr. Patel's suspension lasted approximately two weeks, right?
A I don't even know the day she was terminated, I apologize. It was -- I wasn't consulted. I think I was away when it happened.
Q Are you aware of anything that Optum did during that period between her suspension and her termination --
A No.
Q -- related to the investigation?
A I literally came back and was told she was no longer here.
Q Okay. Dr. Patel was eventually terminated, right?
A That's my understanding, yes.
Q Do you know why she was terminated?

A I believe she was terminated for -- I think I read it was for lying during the investigation was what my understanding -- my recollection of our conversation was.

Q Who told you that?

A Debra Bierman.

Q And do you know how Debra Bierman knew?

A I'm sure she was party to the final decision.

Q Do you know what Dr. Patel had supposedly lied about?

A I don't remember in totality. I know there was a part of the investigation where we flagged that she lied about going into the office for the purposes of looking at her patients when she had some issues, when that wasn't clearly why she went in there. She went in there to talk to Bernadette and to talk to Bobby Schneider, and we acknowledged that when -- during the conversation when we called that out. But if there was more, I don't know. There could have been more. I don't know.

Q The lie that -- the alleged lie that you just mentioned, that was something that Dr. Patel had told you prior to being placed on administrative leave, correct?

# C E R T I F I C A T E

I, TRACEY R. SZCZUBELEK, a Certified Court Reporter and Notary Public of the State of New Jersey, certify that the foregoing is a true and accurate transcript of the stenographic notes of the deposition of said witness who was first duly sworn by me, on the date and place hereinbefore set forth.

I FURTHER CERTIFY that I am neither attorney, nor counsel for, nor related to or employed by, any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel in this case, nor am I financially interested in this case.

Tracey R. Szczubelek, CCR

TRACEY R. SZCZUBELEK, C.C.R.

LICENSE NO. XI01983