**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AARTI PATEL, M.D.,<br><br>Plaintiff,<br><br>-vs-<br><br>OPTUM MEDICAL CARE OF NEW JERSEY, P.C., and MAHESH TEKRIWAL, M.D.,<br><br>Defendants. | Civil Action No.: 3:24-cv-06133<br><br>**DECLARATION OF ARTHUR W. YOUNG, BS, ABC-MBT** |

I, ARTHUR W. YOUNG, declare under penalty of perjury the following:

1. I am a Forensic Biology Specialist and the Managing Partner of Guardian Forensic Sciences in Abington, Pennsylvania, and have held that position since October 2010. I have attached hereto as Exhibit my curriculum vitae.

2. I know the facts in this Declaration to be true based upon my own personal knowledge, information provided to me and/or a review of the documents associated with this action.

3. I have performed or overseen the testing efforts related to the two Fireball Whisky bottles that are detailed in the October 2, 2026, report that I understand is being supplied to this Court in connection with this motion. I make this Declaration to supplement that report.

4. Simply stated, if the Plaintiff provides a DNA sample, we would generate a DNA profile from that sample and compare it to the two DNA profiles obtained from the bottles. Ultimately, the profiles would be compared and assessed as to whether or not Plaintiff is (a) included as a possible contributor or (b) excluded as a possible contributor. If Plaintiff is included, a statistical probability of whether the inclusion is statistically significant or merely just chance would be calculated. In short, we generate a "Combined Probability of Inclusion," which is the statistical chance that a completely random and unrelated person from the population would share that exact same DNA profile by sheer coincidence.

5. Stated another way, with Plaintiff's DNA sample, we could determine whether she is part of the 99+% of the population that does not share the same DNA profile as those located on the bottles. Put in the affirmative, we could determine that Plaintiff is a member of the <1% of the population that does share the DNA profile located on the bottles.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2026

By: Arthur Young
Arthur W. Young, BS, ABC-MBT