# EXHIBIT A

CURRICULUM VITAE OF

# ARTHUR W. YOUNG

Guardian Forensic Sciences | 1021 Old York Road, Suite 202 | Abington, PA 19001
Office: 215-277-1780 / Fax: 215-277-1785 / UnityFax.com: 215-933-5221 / Cell: 337-781-4122
e-mail: ayoung@guardian-forensics.org

## EDUCATION

University of Southwestern Louisiana – Lafayette, LA — 1986 – 1991
- *(Renamed to The University of Louisiana at Lafayette in 1999)*
- Degree: Bachelor of Science
- Major: Pre-Medical Sciences

## EXPERIENCE

Guardian Forensic Sciences – Abington, PA — 10/2010 – present
- Forensic Biology Specialist & Managing Partner

NMS Labs – Willow Grove, PA — 01/2002 – 10/2010
- Forensic Biologist

Arcadia University – Glenside, PA — 08/2004 – 10/2008
- Adjunct Instructor

Acadiana Criminalistics Laboratory – New Iberia, LA — 07/1991 – 09/2001
- Forensic Chemist

Jeff Nemetz Photography – Abbeville, LA — 04/1996 – 12/2001
- Assistant Photographer

Maison de Portrait/Jay Faugot Photography – Lafayette, LA — 07/1986 – 12/2001
- Assistant Photographer & Darkroom Technician

University Medical Center – Lafayette, LA — 12/1989 – 06/1991
- Student Lab Assistant

## CONTINUING EDUCATION / CONFERENCES ATTENDED

Serological Research Institute – Richmond, CA — 1991
- Forensic serology

McCrone Research Institute – Chicago, IL — 1991
- Polarized light microscopy

American Academy of Forensic Sciences – New Orleans, LA — 1992
- Courtroom testimony

Serological Research Institute – Richmond, CA — 1992
- Forensic serology

Tarrant County Medical Examiner's Office and Forensic Labs – Ft. Worth, TX — 1992
- Forensic serology

Southern Association of Forensic Scientists / Southwestern Association of Forensic Scientists / Southwestern Association of Toxicologists – Shreveport, LA — 1992
- Forensic serology

North Louisiana Criminalistics Laboratory – Shreveport, LA — 1992
- Forensic serology

Federal Bureau of Investigation, Forensic Science Research and Training Center – Quantico, VA — 1992
- Forensic serology

Southern Association of Forensic Scientists / Southwestern Association of Forensic Scientists / Southwestern Association of Toxicologists, Shreveport, LA — 1992
- Crime scene processing

## CONTINUING EDUCATION / CONFERENCES ATTENDED (continued)

Louisiana Association of Scientific Crime Investigators – New Iberia, LA 1993
- Photography

Southwestern Association of Forensic Scientists' Annual Conference – South Padre Island, TX 1993
- Forensic serology

Southern Association of Forensic Scientists' Annual Conference – Houston, TX 1994
- Forensic serology

Southwestern Association of Forensic Scientists' Annual Conference – Colorado Springs, CO 1995
- Forensic serology; forensic DNA analysis

North Louisiana Criminalistics Laboratory – Shreveport, LA 1996
- Blood stain pattern interpretation
- Taught by University of Tennessee (Memphis, TN)

Federal Bureau of Investigation, Forensic Science Research and Training Center – Quantico, VA 1996
- Forensic DNA analysis

National Forensic Science Training Center – St. Petersburg, FL 1996
- Statistics

Tulane University/GenTest Laboratories 1996
- Forensic DNA analysis

Acadiana Criminalistics Laboratory – New Iberia, LA 1996
- Hair examination
- Taught by California Criminalistics Institute (Sacramento, CA)

North Louisiana Crime Lab – Shreveport, LA 1997
- Forensic DNA analysis

Louisiana State Police – Baton Rouge, LA 1997
- Polarized light microscopy
- Taught by McCrone Research Institute (Chicago, IL)

Acadiana Criminalistics Laboratory 1997
- Laboratory auditing
- Taught by California Criminalistics Institute (Sacramento, CA)

Applied Biosystems, Foster City, CA – Oklahoma City, OK 1998
- Forensic DNA analysis

Southwestern Working Group on DNA Analysis Methods – Austin, TX 1998
- Forensic DNA analysis

Southwestern Working Group on DNA Analysis Methods' Summer Conference – Austin, TX 1999
- Statistics

North Louisiana Crime Lab – Shreveport, LA 1999
- Forensic DNA analysis

Southwestern Working Group on DNA Analysis Methods' Annual Conference – Austin, TX 2000
- Forensic DNA analysis; law

North Louisiana Crime Lab – Shreveport, LA 2001
- Forensic biological microscopy

Association of Forensic DNA Analysts and Administrators' Summer Conference – Austin, TX 2001
- Statistics

NMS Labs – Willow Grove, PA 2001
- Courtroom testimony
- Taught by Quantum Communications (San Carlos, CA)

SAIC – Clarksville, WV 2001
- Convicted Offender DNA Identification System (CODIS)

## CONTINUING EDUCATION / CONFERENCES ATTENDED (continued)

NMS Labs – Willow Grove, PA 2002
- Blood stain pattern interpretation
- Taught by Spalding Forensics (Centreville, VA)

Mid-Atlantic Association of Forensic Scientists' Annual Conference – Frederick, MD 2002
- Forensic DNA analysis

Southwestern Working Group on DNA Analysis Methods' Annual Conference – Austin, TX 2002
- Law

Mid-Atlantic Association of Forensic Scientists' Annual Conference – Annapolis, MD 2003
- Law

Tennessee Bureau of Investigation – Nashville, TN 2003
- Forensic DNA analysis, Y-STR DNA analysis

Mid-Atlantic Association of Forensic Scientists' Annual Conference – Annapolis, MD 2003
- Improvised explosive devices

Association of Forensic DNA Analysts and Administrators' Summer Conference – Austin, TX 2003
- Y-STR DNA analysis

Mid-Atlantic Association of Forensic Scientists' Annual Conference – Wilmington, DE 2004
- Courtroom testimony

Federal Bureau of Investigation, Forensic Science Research and Training Center – Quantico, VA 2004
- Laboratory auditing

American Academy of Forensic Sciences, Colorado Springs, CO 2004
- Serial and signature homicides

Association of Forensic DNA Analysts and Administrators' Summer Conference – Austin, TX 2006
- Statistics

Henry C. Lee Institute of Forensic Science's Markle Symposium – New Haven, CT 04/17/06
- Drug-related crimes

Mid-Atlantic Association of Forensic Scientists' Annual Conference – Washington, DC 2007
- Forensic DNA analysis; statistics

NMS Labs – Willow Grove, PA 2007
- GeneMapper software
- Taught by Applied Biosystems (Foster City, CA)

310 CE Users' Group – ATF Lab, Beltsville, MD 2008
- Low-template DNA analysis; DNA mixture interpretation

American Academy of Forensic Sciences – Washington, DC 2008
- DNA mixture interpretation

Association of Forensic DNA Analysts and Administrators' Summer Conference – Austin, TX 2008
- Forensic DNA analysis; ethics

Promega's International Symposium on Human Identification – Las Vegas, NV 2009
- Statistics; ethics

Promega's International Symposium on Human Identification – San Antonio, TX 2010
- Low-template DNA analysis

Promega – Pikesville, MD 2011
- DNA mixture interpretation; statistics

Mid-Atlantic Association of Forensic Scientists' Annual Conference – Ellicott City, MD 2012
- Statistics

American Academy of Forensic Sciences' Annual Conference – Washington, DC 2013
- Statistics

## CONTINUING EDUCATION / CONFERENCES ATTENDED (continued)

William Burnham Jr. Death Scene Awareness Project – Harrisburg, PA 2013
- Crime scene processing

Pennsylvania State University – State College, PA 2013
- Law

Promega's International Symposium on Human Identification – Phoenix, AZ 2014
- Forensic DNA analysis; low-template DNA analysis; statistics; bodily fluid identification by mRNA

Mid-Atlantic Association of Forensic Scientists' Annual Conference – Richmond, VA 05/2016
- Low-template DNA analysis; probabilistic genotyping

Association of Forensic DNA Analysts and Administrators' Summer Conference – Austin, TX 07/2016
- Forensic DNA analysis; DNA mixture interpretation; probabilistic genotyping

Forensic Technology Center of Excellence – (online) 02/2017
- Error and uncertainty of measurement in blood stain pattern analysis

Forensic Technology Center of Excellence – (online) 05/2017
- ASCLD Webinar Series: DNA Standards and Guidelines

Forensic Technology Center of Excellence – (online) 09/2017
- Record linkage of CODIS profiles with SNP genotypes

Mid-Atlantic Association of Forensic Scientists' Annual Conference – Richmond, VA 05/2018
- Proposed revisions to the Federal Bureau of Investigation's Quality Assurance Standards

Forensic Technology Center of Excellence – (online) 10/2018
- New SWGDAM recommendations on communicating likelihood ratios

Forensics @ NIST – (online) 11/2018
- Forensic genetics; task-driven *versus* performance-driven validations; next-generation sequencing; signal noise in STR analysis; Rapid-DNA; sequencing considerations for mitochondrial DNA analysis

New England Association of Forensic Scientists' Annual Conference – Lancaster, PA 11/2019
- Optimal method for vaginal fluid detection; single-cell analysis; DNA recovery from semen and saliva immunochromatographic cartridges; Evaluation of the SERATEC PMB test for menstrual blood; Forensic pseudoscience; Stress management in forensic science; Strengthening the public's faith in forensic science

Association of Forensic DNA Analysts and Administrators – (online) 08/2020
- Investigative genetic genealogy; Texas CODIS update; Utilizing casework objectives for extraction of skeletal remains; Rapid DNA; DNA-based kinship analysis; Crime lab management; 2020 FBI QAS standards; Alternative processing techniques for highly-degraded samples; Genetic differentiation of marijuana and hemp; How COVID-19 changed DNA lab operations; Real NGS for real labs

Association of Forensic DNA Analysts and Administrators – (online) 03/2021
- Advanced topics in probabilistic genotyping

Association of Forensic DNA Analysts and Administrators – (online) 04/2022
- What to expect when you're getting assessed; Human Forensic Biology Subcommittee 2021 update; History repeats: Challenges to DNA mixture interpretation and probabilistic genotyping; Great expectations; An overview of the proposed OSAC Human Forensic Biology best practices for evaluative DNA testimony; DBLR: Introduction and casework examples

Verogen – (online) 07/2023
- Forensic Investigative Genetic Genealogy in Court

Association of Forensic DNA Analysts and Administrators – (online) 03/27/24
- "Forensic Epigenetics: Can DNA Methylation Solve Crimes?"
- "DNA from Rootless Hair"
- "Y-STR Population Statistics: A Deep Dive Review"

Mid-Atlantic Association of Forensic Scientists – Pittsburgh, PA 05/08/24
- "Current Practices and Developing Methods in Forensic Serology"
- "New Technologies and Relevant Testimony Preparation"

## CONTINUING EDUCATION / CONFERENCES ATTENDED (continued)

International Association of Bloodstain Pattern Analysts (online) 02/26/25
- Exclusive Based Approach to Pattern Type Analysis

QIAGEN – (online) 07/10/25
- Sugar Land 95: Restoring Identity Through Forensic Investigative Genetic Genealogy

BODE TECHNOLOGY – (online) 09/25/25
- Optimizing the Power of DNA to Solve Cold and Challenging Cases

Association of Forensic DNA Analysts and Administrators – (online) 01/29/26 – 01/30/26
- "Communication, Comprehension, and Complexity: A Symposium on Presenting DNA Evidence"

## PUBLICATIONS

Young, Arthur W. "Cracking the Code: Understanding DNA Evidence." How to Try a Rape Case (PBI publication #4416). Mechanicsburg, PA: Pennsylvania Bar Institute, May 2006. Library of Congress Card Catalog Number 2006923621

Young, Arthur W. "Crime Scene Processing and Forensic DNA." CSI at PBI (PBI publication #2011-6590). Mechanicsburg, PA: Pennsylvania Bar Institute, 2011. Library of Congress Card Catalog Number 2010935230

## COURT TESTIMONY

Areas accepted as an expert:
- Forensic serology
- Forensic DNA analysis
- Forensic biology (encompasses both serology and DNA analysis)
- Blood stain pattern interpretation

States/districts accepted as an expert witness (asterisk indicates testimony was provided via video teleconference):
- Arkansas
- California
- Connecticut
- Delaware
- District of Columbia
- Georgia
- Louisiana
- Texas
- Florida
- Maryland
- Massachusetts
- New Jersey
- New York
- Pennsylvania
- Virginia
- West Virginia*
- Wisconsin*

## PROFESSIONAL ASSOCIATIONS

American Academy of Forensic Sciences
- Member

American Board of Criminalistics
- Fellow
- Past Technical Specialist in Molecular Biology

Association of Forensic DNA Analysts and Administrators
- Member
- Past Chairperson

International Association of Bloodstain Pattern Analysts
- Member

Mid-Atlantic Association of Forensic Scientists
- Member

Southern Association of Forensic Scientists
- Member

## LECTURES / WORKSHOPS GIVEN

The following is an incomplete list of lectures given, including venues, locations, and dates:

"Collection and Preservation of Biological Samples" (annually, 1992 – 2001)
- Louisiana Association of Scientific Crime Investigators – New Iberia, LA

"The Collection, Preservation, and Analysis of Sexual Assault Evidence" (annually, 1992 – 2001)
- Sexual Abuse Response Center Volunteer Training Group – Lafayette, LA

## LECTURES / WORKSHOPS GIVEN (continued)

"Collection and Preservation of Biological Samples" (annually, 1996-2001)
- Acadiana Law Enforcement Training Academy – New Iberia, LA

"Forensic Science as a Career" (annually, 1995 – 2000)
- St. Thomas More High School – Lafayette, LA

"Evidence Lost: The Role of the Nurse in the Forensic Investigation" 10/27/01
- American Association of Critical Care Nurses – Biloxi, MS

"Maxxing Your Macs" Spring 2004
- Mid-Atlantic Association of Forensic Scientists – Wilmington, DE

"The MicroTakayama Crystal Test" Spring 2004
- Mid-Atlantic Association of Forensic Scientists – Wilmington, DE

"The Identification of Human Saliva" Spring 2004
- Mid-Atlantic Association of Forensic Scientists – Wilmington, DE

"Forensic Science as a Career" Fall 2004
- Montgomery County Technical Career Center – Lansdale, PA

"The Identification of Human Saliva" 02/2004
- American Academy of Forensic Science Annual Meeting – Dallas, TX
- Poster presentation

"*CSI* Meets *Animal Cops*, With A Dash Of *MacGyver*: Novel Forensic Solutions To The Humane Officer's Cases" 05/2005
- Pennsylvania Society for the Prevention of Cruelty to Animals

"Updates in Forensic Science" 06/2005
- Pennsylvania District Attorneys Association – Gettysburg, PA

"Collecting and Preserving Biological Evidence" 11/2005
- Cheltenham Township Police Department – Cheltenham, PA

"Collecting and Preserving Biological Evidence" 04/13/06
- Abington Township Police Department, Montgomery County D.A.'s Office, and surrounding agencies

"Drug-Facilitated Rape: From Collection and Preservation to Analysis and Beyond" 04/17/06
- Markle Symposium (Henry C. Lee Institute) – Uncasville, CT

"DNA Evidence in Rape Cases" 05/11/06
- Pennsylvania Bar Institute – Philadelphia, PA

"Strategies for Success: Vacuum Swabs, Vacuum Filters, and Concentrating DNA Extracts" 07/28/06
- Association of Forensic DNA Analysts and Administrators – Austin, TX

"Basic, Advanced, and Forensic Photography" 08/07/06 – 08/08/06
- Philadelphia Police Department Crime Scene Unit – Philadelphia, PA

"Basic, Advanced, Forensic, and Advanced Forensic Photography" 03/05/07 – 03/06/07
- Abington Township Police Department, Montgomery County D.A.'s Office, and surrounding agencies – Abington, PA

"The Case of Deanna Wright-McIntosh" 09/19/07
- International Homicide Investigators Association Annual Meeting – Las Vegas, NV

"Forensic DNA Analysis in the 21st Century: 2007 Update" 11/08/07
- Southeast Pennsylvania Police Chiefs' Association

"Creative Uses of Forensic DNA Analysis to Exculpate" 11/10/07
- Philadelphia Defender Association – Philadelphia, PA

"The Forensic Biologist: Your New Partner in Crime" 11/13/07
- Delaware County police agencies – Neumann University, Aston, PA

"Forensic Science as a Career" 12/20/07
- Montgomery County Technical Career Center – Lansdale, PA

## LECTURES / WORKSHOPS GIVEN (continued)

"Unravelling DNA's Mysteries: From Molecules to Statistics" 03/17/08
- Montgomery County Public Defender's Office, Montgomery County District Attorney's Office, Philadelphia Defender Association, and area attorneys

"Forensic Science as a Career" 04/11/08
- Philadelphia High School for Girls – Philadelphia, PA

"Sexual Assault Evidence: From Collection and Preservation to Analysis and Beyond" 06/19/08
- Montgomery County District Attorney's Office and Montgomery County police agencies

"Attacking DNA Evidence: Who, What, When, Where, and Why" 06/21/08
- Philadelphia Defender Association – Philadelphia, PA

"Forensic DNA Analysis in the 21st Century" 07/19/08
- *Lead*America – Fordham University, Bronx, NY

"Blood Stain Pattern Interpretation" 07/19/08
- *Lead*America – Fordham University, Bronx, NY

"Unravelling DNA's Mysteries: From Molecules to Statistics" 07/21/08
- United States Attorney General's Office – Philadelphia, PA

"Forensic DNA Analysis in the 21st Century" 10/06/08
- Virginia Homicide Investigators Association – Virginia Beach, VA

"The Case of Deanna Wright-McIntosh" 10/07/08
- Virginia Homicide Investigators Association – Virginia Beach, VA

"The Forensic Biologist: Your New Partner in Crime" 10/28/08
- Delaware County police agencies – Ridley High School, Folsom, PA

"Unravelling DNA's Mysteries: From Molecules to Statistics" 11/24/08
- Monmouth County Public Defenders Office – Freehold, NJ

"Forensic Serology" 12/03/08
- The Innocence Project – New York, NY

"Forensic DNA Analysis in the 21st Century" 01/06/09 and 01/08/09
- Hawaii Police Department – Kona, HI

"Forensic DNA Analysis in the 21st Century" 06/29/09
- The Innocence Project – New York, NY

"Forensic DNA Analysis in the 21st Century" 07/20/09
- *Lead*America – Fordham University, Bronx, NY

"Blood Stain Pattern Interpretation" 07/20/09
- *Lead*America – Fordham University, Bronx, NY

"Forensic DNA Analysis in the 21st Century" 07/19/10
- *Lead*America – Columbia University, New York, NY

"Blood Stain Pattern Interpretation" 07/19/10
- *Lead*America – Columbia University, New York, NY

"Cracking the Code" 09/09/10
- Montgomery Bar Association – Norristown, PA

"Remembering Deanna" 10/13/10
- Promega's 21st International Symposium on Human Identification – San Antonio, TX

"Collecting and Preserving Biological Evidence" 10/25/10
- York City Police Department – York, PA

"Forensic DNA Analysis in the 21st Century" 10/25/10
- York City Police Department – York, PA

"Behind the Curtain: A Peek at How Scientists Think, the Principles of Crime Scene Processing, and the Basics of Forensic DNA Analysis" 01/13/10
- Pennsylvania Bar Institute – Philadelphia, PA

## LECTURES / WORKSHOPS GIVEN (continued)

"Genetic Material: From Death Scene to Lab" 05/06/11
- B.J. Burnham Death Scene Awareness Symposium – Harrisburg, PA

"Cracking the Code: Understanding Forensic DNA Analysis" 06/03/11
- Delaware County Fraternal Order of Police Lodge #27

"Forensic DNA Profiling: Benefits, Privacy Concerns, & Application in the Identification of Human Remains" 07/12/11
- Nigerian Defence Headquarters – Abuja, Nigeria, Africa

"Forensic DNA Analysis" 04/20/12
- Pennsylvania State Coroners Basic Education Course – Hershey, PA

"Genetic Material: From Death Scene to Lab" 05/03/11
- B.J. Burnham Death Scene Awareness Symposium – Harrisburg, PA

"Cracking the Code: Forensic DNA Analysis in the 21st Century" 05/04/12
- Montgomery County Technical Career Center / Montgomery County Community College – Blue Bell, PA

"Days of Somer" 05/18/12
- Mid-Atlantic Association of Forensic Scientists – Ellicott City, MD

"One Century Later: The Takayama Microcrystal Test" 07/11/12
- Inter/Micro – McCrone Research Institute, Chicago, IL

"The Case of Deanna Wright-McIntosh" 10/16/12
- Pennsylvania Juvenile Officers Conference

"One Century Later: The Takayama Microcrystal Test" 10/24/12
- Southwestern Association of Forensic Scientists – Phoenix, AZ

"Forensic DNA Analysis: The Evidentiary Issues" 04/16/13
- Drexel College of Medicine's Master of Science in Forensic Science program – Philadelphia, PA

"What Every Attorney Should Know About DNA Evidence" 04/25/13
- Pennsylvania Association of Criminal Defense Lawyers – Harrisburg, PA

"One Century Later: Takayama vs. DNA" 07/17/13
- Inter/Micro – McCrone Research Institute, Chicago, IL

"Full Dexter-ity" 09/25/13
- Central Pennsylvania law enforcement agencies – York, PA

"Applications of Biotechnology in the Forensic Sciences" 11/10/13
- Montgomery County Community College – Blue Bell, PA

"Forensic DNA Analysis" 12/06/13
- Pennsylvania State Coroners Basic Education Course – Hershey, PA

"Forensic DNA Analysis" 01/09/14
- Allegheny County Office of the Public Defender – Pittsburgh, PA
- incomplete; was interrupted by court

"Cracking the Code: Deciphering DNA" 01/21/14
- Delaware County detectives and investigators; cut short due to snow storm

"Forensic DNA Analysis" 04/11/14
- Pennsylvania State Coroners Basic Education Course – Hershey, PA

"Cracking the Code: Deciphering DNA" 04/11/14
- Lancaster Area Paralegal Association – York, PA

"Examination and Analysis of Biological Evidence" 10/02/14
- Promega's 24th International Symposium on Human Identification – Phoenix, AZ

"Cracking the Code: Deciphering DNA" (for detectives) 10/16/14
- Mercyhurst University – Erie, PA

"Forensic DNA Analysis" (for students) 10/17/14
- Mercyhurst University – Erie, PA

## LECTURES / WORKSHOPS GIVEN (continued)

| | |
|---|---|
| "Applications of Biotechnology in the Forensic Sciences"<br>▪ Montgomery County Community College – Blue Bell, PA | 11/12/14 |
| "Using 'Toluene Bombs' to Recover DNA from Permount or Repair Aged Permount-Fixed Slides"<br>▪ Inter/Micro – McCrone Research Institute, Chicago, IL | 06/08/15 |
| "Recognizing Sentinel Events in Forensic Science to Avoid Errors"<br>▪ International Symposium on Forensic Science Error Management – Washington, DC | 07/23/15 |
| "CSI: Can't Stand Inaccuracy"<br>▪ Professional Association of Licensed Investigators | 09/15/15 |
| "Applications of Forensic DNA Analysis for Counterterrorism and Counterintelligence"<br>▪ Nigerian Army Intelligence Corps – Abuja, Nigeria, Africa | 09/22/15 – 09/23/15 |
| "What's in a 'Match'?"<br>▪ Cyril H. Wecht Institute of Forensic Science and Law – Pittsburgh, PA | 10/16/15 |
| "Forensic DNA Analysis"<br>▪ Pennsylvania State Coroners Basic Education Course – Hershey, PA | 12/11/15 |
| "Cracking the Code I: Deciphering DNA"<br>▪ Federal Defender Association – Philadelphia, PA | 01/14/16 |
| "Cracking the Code II: Understanding Statistical Calculations"<br>▪ Federal Defender Association – Philadelphia, PA | 03/10/16 |
| "Forensic Fails"<br>▪ Lancaster Area Paralegal Association – York, PA | 04/08/16 |
| "New Precautions Against DNA Contamination"<br>▪ International Association of Identification, Chesapeake Bay Division – Williamsburg, VA | 04/23/16 |
| "Failures in Forensic Science – Read All About It"<br>▪ Mid-Atlantic Association of Forensic Scientists – Richmond, VA | 05/19/16 |
| "Legal and Legislative Considerations of Forensic Science"<br>▪ Lagos Forensic Symposium – Lagos, Nigeria, Africa | 11/16/16 |
| "DNA in Human Remains Identification and National Security"<br>▪ Lagos Forensic Symposium – Lagos, Nigeria, Africa | 11/17/16 |
| "Forensic DNA Analysis"<br>▪ Delaware County police agencies – Ridley Township, PA | 11/23/16 |
| "DNA Shenanigans"<br>▪ Defender Association of Philadelphia – Philadelphia, PA | 06/24/17 |
| "DNA Basics 101"<br>▪ Lancaster County Bar Association – Lancaster, PA | 06/29/17 |
| "DNA in Mass Disasters and Terrorist Attacks"<br>▪ Lagos Forensic Symposium – Lagos, Nigeria, Africa | 11/27/17 |
| "Emergency Response & Mass Disaster Considerations"<br>▪ Lagos Forensic Symposium – Lagos, Nigeria, Africa | 11/28/17 |
| "Forensic DNA Analysis"<br>▪ Pennsylvania State Coroners Basic Education Course – Hershey, PA | 12/16/17 |
| "Forensic DNA Analysis"<br>▪ Philadelphia College of Osteopathic Medicine – Philadelphia, PA | 04/08/18 |
| "Sexual Assault"<br>▪ New Jersey Office of the Public Defender – Trenton, NJ | 05/01/18 |
| "Applications of Biotechnology in the Forensic Sciences"<br>▪ Montgomery County Community College – Blue Bell, PA | 06/26/18 |
| "DNA as a Tool in Criminal Investigations"<br>▪ Lagos Forensic Symposium – Lagos, Nigeria, Africa | 08/14/18 |

## LECTURES / WORKSHOPS GIVEN (continued)

"Death Investigations" 08/15/18
- Lagos Forensic Symposium – Lagos, Nigeria, Africa

"Probabilistic Genotyping I" 09/12/18
- Washington, D.C.-area defense bar

"Probabilistic Genotyping II" 10/17/18
- Washington, D.C.-area defense bar

"Using Public DNA Databases to Find People" 11/01/18
- Professional Association of Licensed Private Investigators – Hershey, PA

"Crime Scene Processing" 08/14/19
- Lagos Forensic Symposium – Lagos, Nigeria, Africa

"Forensic Evidence in Court" 08/15/19
- Lagos Forensic Symposium – Lagos, Nigeria, Africa

"Forensic DNA Analysis" 10/07/19 and 10/11/19
- Montgomery County Public Defender's Office (PA) – Abington, PA

"Effective and Empowering Expert Witness Testimony" 11/13/19
- New England Association of Forensic Scientists – Lancaster, PA

"Forensic DNA Analysis" 12/13/19
- Pennsylvania State Coroners Basic Education Course – Harrisburg, PA

"Understanding Forensic Genealogy" 08/11/21
- Fourth Lagos (Nigeria) Forensic Symposium 2021 - online

"Forensic DNA Analysis" 12/17/21
- Pennsylvania State Coroners Basic Education Course – Harrisburg, PA

"Forensic DNA Analysis" 12/16/22
- Pennsylvania State Coroners Basic Education Course – Harrisburg, PA

"Forensic DNA Analysis" 03/25/23
- Pennsylvania State University Forensic Symposium – State College, PA

"Forensic DNA Analysis" 05/04/23
- Montgomery County Coroner's Office – Abington, PA

"Introduction to DNA Analysis" 08/04/23
- "Identifying the Recently Deceased: Bones, Teeth, and DNA" – teleconference

"Forensic DNA Analysis" 11/03/23
- Mercyhurst University (Erie, PA) - teleconference

"Forensic DNA Analysis" 03/26/24
- Pennsylvania State University Justice Association – teleconference

"Forensic DNA Analysis" 04/19/24
- Montgomery County Coroner's Office – Abington, PA

"Forensic DNA Analysis" 04/25/24
- Bucks County Bar Association – Abington, PA

"DNA Evidence in High Stakes Cases: Navigating Collection, Use, and Emerging Legal Challenges" 12/06/24
- Pennsylvania Association of Criminal Defense Lawyers – King of Prussia, PA

"Cracking the Code: Unraveling DNA's Mysteries" 04/28/26
- Pennsylvania State University Criminal Justice Honor Society – teleconference