**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AARTI PATEL, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>OPTUM MEDICAL CARE OF NEW JERSEY, P.C., and MAHESH TEKRIWAL, M.D.,<br><br>Defendants. | Civil Action No.: 3:24-cv-06133<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DNA TESTING** |

This matter having been brought before the Court by Seyfarth Shaw LLP, attorneys for Defendants Optum Medical Care of New Jersey, P.C. and Mahesh Tekriwal, M.D., for an order granting Defendants' Motion to Compel DNA Testing pursuant to Fed. R. Civ. P. 35(a); and the Court having reviewed the motion papers submitted and any opposition thereto; and for good cause shown; and for oral argument, if any:

IT IS on this ___ day of _______________, 2026,

**ORDERED** that Defendants' Fed. R. Civ. P. 35(a) Motion to Compel DNA Testing is GRANTED; it is

**FURTHER ORDERED** that Plaintiff shall submit to a buccal swab DNA test performed by and under the supervision of Guardian Forensic Sciences, to occur at time and place that is mutually agreed between the parties and Guardian Forensic Sciences, so long as the testing is completed by no later than ______, 2026; it is

**FURTHER ORDERED** that the scope of the examination shall be limited to the testing necessary to complete a comparison of the DNA sample collected from Plaintiff to the DNA profiles found on the Bottles discussed in Defendants' motion, and in no circumstances shall Plaintiff's DNA sample or any of Plaintiff's genetic information be disclosed or for any other purpose; and it is

**FURTHER ORDERED** that Defendants shall bear all costs of examination.

SO ORDERED.

_________________________________
Rukhsanah L. Singh, Magistrate Judge