James E. Burden, Esq.
McClure Burden LLC
james@mcclureburden.com
www.mcclureburden.com
Phone: (862) 323.0422
Fax: (973) 561-9575

October 13, 2026

**VIA ECF**
Hon. Rukhsanah L. Singh
United States Magistrate Judge
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

Re: **Patel v. Optum Medical Care of New Jersey, P.C., et ano.,**
**No. 24-cv-6133 (RK) (RLS)**

Dear Magistrate Judge Singh:

This firm, together with Spencer Fane LLP (formerly Golenbock Eiseman Assor Bell & Peskoe LLP), represents Plaintiff Aarti Patel, M.D. ("Plaintiff" or "Dr. Patel"), in the above-referenced action. Previously, on September 10, 2026, Your Honor issued a Docket Order permitting Defendants to file a Motion to Compel Plaintiff to Submit to DNA testing. See, ECF 87. As per the Docket Order, Defendant was required to file their Motion on October 9, 2026 and Plaintiff's opposition to the Defendant's Motion is due on November 9, 2026. This morning, the Court issued a notice indicating that the Defendant's Motion is returnable on November 2, 2026.

I am writing to confirm that Plaintiff's opposition is still due on November 9, 2026.

Respectfully submitted,

McClure Burden, LLC

By: *James E. Burden /s/*
JAMES E. BURDEN

JEB/

cc: Joseph M. Vento, Esq. (via efiling)