McCLURE BURDEN LLC
Kathryn K. McClure, Esquire / 037462004
James E. Burden, Esquire / 003331991
25 Pompton Avenue, Suite 101
Verona, New Jersey 07044
862-323-0422
Attorneys for Plaintiff

| | |
|---|---|
| AARTI PATEL, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>OPTUM MEDICAL CARE OF NEW JERSEY, P.C. and MAHESH TEKRIWAL, M.D.,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.:3:24-cv-06133<br><br>**NOTICE OF CROSS-MOTION FOR PROTECTIVE ORDER** |

TO: Joseph M. Vento, Esq.
Seyfarth Shaw, LLP
620 Eighth Avenue
New York, New York 10018
Attorneys for Defendant

PLEASE TAKE NOTICE that on the 30th day of November, 2026, at 9:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Aarti Patel, M.D. shall cross-move at the United States District Court, for the District of New Jersey, for a Protective Order barring Dr. Patel from providing a DNA sample.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Plaintiff will rely on the enclosed Certification of Counsel and brief.

Respectfully submitted,

MCCLURE BURDEN LLC

By: James E. Burden /s/

JAMES E. BURDEN, ESQUIRE

Dated: November 9, 2026