Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
32nd Floor
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jvento@seyfarth.com
T (212) 218-5548

www.seyfarth.com

November 10, 2026

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Patel v. Optum Medical Care of New Jersey, P.C.*, et al.**
**Civil Action No. 3:24-cv-06133**

Dear Judge Singh:

This firm represents Defendants Optum Medical Care of New Jersey, P.C. and Mahesh Tekriwal, M.D. ("Defendants") in the above-referenced matter. The Defendants respectfully request leave to file a reply in further support of their Motion to Compel DNA Testing of Plaintiff (ECF No. 89) on or before November 23, 2026, with the reply not to exceed ten pages. In support of their request, Defendants state as follows:

On November 9, 2026, Plaintiff filed an opposition to Defendants' Motion to Compel as well as a cross-motion for protective order (ECF Nos. 95-96). Plaintiff's brief contains numerous factual inaccuracies and mischaracterizations, as well as distinguishable legal arguments, that Defendants seek leave to address in a reply. Defendants also intend to oppose Plaintiff's cross-motion for protective order. Should the Court grant Defendants' leave to file a reply, Defendants will consolidate their opposition to Plaintiff's cross-motion into their reply.

Plaintiff does not consent to Defendants' request to filing a reply.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Joseph M. Vento*

Joseph M. Vento

cc: All Counsel of Record (via ECF)